## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CALVIN EARL SUGGS, JR.,**

     **Plaintiff,**

**vs.**                                  **Case No. 4:17cv373-WS/CAS**

**STATE OF FLORIDA, et al.,**

     **Defendants.**

_____/

## <u>REPORT AND RECOMMENDATION</u>

Plaintiff, proceeding pro se, attempted to file a complaint in this Court on August 14, 2017.  However, Plaintiff did not pay the filing fee at the time he submitted his complaint, ECF No. 1, nor did Plaintiff file an in forma pauperis motion.  An Order was entered on September 6, 2017, requiring Plaintiff to do one or the other to proceed with this case.  ECF No. 4.

Plaintiff has now filed a response, asserting that he does "not agree to enter a false contract" and stating that he is not willing to file an in forma pauperis motion.  ECF No. 5.  Plaintiff was advised that no further action would be taken on this case until he complied.  ECF No. 4.  He was further warned that if he did not pay the filing fee or file an in forma pauperis

motion, a recommendation would be made to dismiss this case. *Id.* Based on Plaintiff's response, ECF No. 5, this case should now be dismissed for failure to prosecute in light of Plaintiff's refusal to comply with a Court Order.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with a Court Order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on October 2, 2017.


S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**