IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN EARL SUGGS, JR.,
UNINCORPORATED,

    Plaintiff,

v.                                              4:17cv373-WS/CAS

STATE OF FLORIDA, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed October 2, 2017. The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to comply with an order of the court. The petitioner has filed meritless objections (doc. 7) to the report and recommendation.

Upon review of the record in light of the plaintiff's objections, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is adopted and

incorporated by reference in this order of the court.

    2. The petitioner's complaint is hereby DISMISSED without prejudice for failure to comply with an order of the court.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

    DONE AND ORDERED this __18th__ day of __October__, 2017.

    s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE